FILED

08/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0585

_____

DONNIE LEE STANDLEY,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

_____

**ORDER**

_____

Upon consideration of the State's Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted and the record on appeal shall be supplemented with the record from Sixth Judicial District Court, Sweet Grass County, Case No. DC 16-6.

**TKP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2022